LM

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**RECEIVED**

SEP 07 2022

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

Ardonis Darrell Sims
_____

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**1:22-cv-04792**
**Judge John Robert Blakey**
**Magistrate Judge M. David Weisman**
**PC#8**
**RANDOM**

vs.

Mayor of Dolton, Tiffany Henyard,
Dolton Police, Detectives
John Doe, John Doe
_____

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: _____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

___✕___    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
**U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Ardamis Darrell Sims

B. List all aliases: N/A

C. Prisoner identification number: K-81548

D. Place of present confinement: Stateville N.R.C

E. Address: P.O. Box 112, Joliet Ill 60434

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Tiffany Henyard

Title: Mayor

Place of Employment: Dolton Illinois

B. Defendant: John Doe

Title: John Doe Detective

Place of Employment: Dolton Illinois Police Department

C. Defendant: John Doe

Title: Detective

Place of Employment: Dolton Illinois, Police Department

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                                    Revised 9/2007

List all Lawsuits

A. Name and Case: Ardanis Darrell Sims
   3:11-cv-955

B. Approximate filing: Can't Recall

C. List Plaintiffs: N/A

D. List Defendants: Can't Recall

E. Court: Northern or Southern

F. Judge: Regan

G. Basic Claim: Can't Recall

H. Disposition: CASE Dismissed

I. Approximate Disposition: Can't Recall

List all Lawsuits

A. Name and Case: Ardamis Darrell Sims
   1:15-CV-7524

B. Approx filing: Can't Recall

C. List Plaintiffs: N/A

D. List Defendants: Can't Recall

E. Court: Northern District#

F. Judge: Castillo

G. Basic Claim: Can't Recall

H. Disposition: CASE Dismised

I. Approx Disposition: Can't Recall



List all Lawsuits

A. Name and Docket: Ardamis Darrell Sims
   1:16-CV-10766

B. Approx filing: Can't Recall

C. List all plaintiffs N/A

D. List all Defendants? Can't Recall

E. Court: Northern District

F. Judge! Kendall

G. Basic Claim Can't Recall

H. Disposition! Case Dismissed

I. Approx Disposition! Can't Recall

List all Lawsuits

A. Name and case: Ardamis Darrell Sims
         1:16-CV-10767

B. Approx filing: Can't Recall

C. List Plaintiffs: N/A

D. List Defendants: Can't Recall

E. Court: NORTHERN DISTRICT

F. Judge: Kendall

G. Basic Claim: Can't Recall

H. Disposition: Case Dismissed

I. Approx Disposition: Can't Recall

A. Name and Docket: Ardamis Darrell Sims
   1:16-cv-10768

B. Approx filing : Can't Recall

C. List Plaintiffs: N/A

D. List Defendants : Can't Recall

E. Court: NORTHERN District

F. Judge: Kendall

G. Basic Claim: Can't Recall

H. Disposition: CASE Dismissed

I. Approx Disposition: Can't Recall

Pg 7 of 3   List all ~~Defendants~~ Lawsuits

A. Name and Docket: Ardamis Darrell Sims
   1:16-CV-20769

B. Approx filing: Can't Recall

C. List Plaintiff: N/A

D. List Defendants: Can't Recall

E. Court: NORTHERN DISTRICT

F. Judge: Ellis

G. Basic Claim: Can't Recall

H. Disposition: CASE Dismissed

J. Approx Disposition: Can't Recall

List all lawsuits

A. Name and Docket: Ardamis Darrell Sims
   1:16-cv-10826

B. Approx filing: Can't Recall

C. List all Plaintiffs: N/A

D. List all defendants: Can't Recall

E. Court: Northern District

F. Judge: Kendall

G. Basic Claim: Can't Recall

H. Disposition: Case Dismissed

I. Approx disposition: Can't Recall

List all Law Suits

A. Name and Docket: Ardamis Darrell Sims
   1:17-cv-4618

B. Approx filing: Can't Recall

C. List all Plaintiffs: N/A

D. List all Defendants: Can't Recall

E. Court: NORTHERN District

F. Judge: Kendall

G. Basic Claim: Can't Recall

H. Disposition: CASE Dismissed

I. Approx Disposition: Can't Recall

List all Lawsuits

A. Name and Docket: Ardamis Darrell Sine
   1:17-CU-4620

B. Approx filing: Can't Recall

C. List all Plaintiffs: N/A

D. List all defendants: Can't Recall

E. Court: Northern District

F. Judge: Kendall

G. Basic Claim: Can't Recall

H. Disposition: Case Dismissed

I. Approx Disposition: Can't Recall

List all Lawsuits

A. Name and Docket: Ardarnis Darrell Sims
        1:17-CV-5336

B. Approx filing: Can't Recall

C. List all Plaintiffs: N/A

D. List all defendants: Can't Recall

E. Court: NORTHERN DISTRICT

F. Judge: Kendall

G. Basic Claims: Can't Recall

H. Disposition: CASE DISMISSED

I. Approx disposition: Can't Recall

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Ardanye Darrell Sims V. Unknown_ _Docket # 1:11-CV-5129, can not remember Defendants_

B. Approximate date of filing lawsuit: _2011_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____ _N/A_

D. List all defendants: _unsure at this time_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Southern or Northern, unsure at this time_

F. Name of judge to whom case was assigned: _Judge Castillo_

G. Basic claim made: _Civil Complaint, unsure at this time_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _The case was Dismissed_

I. Approximate date of disposition: _2011 or 2012_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

## IV.    Statement of Claim:

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

On May 1st 2021, I Ardamis Darrell Sims, followed along with my Son Ardamis Terell Sims, and my late wife Angela, Mays Sims, whom was tragedy shot and killed by multiple shots from an automatic assault weapon or rifle, In the City of Dolton, IL at a local resturant BaBa's located at 685 Sibly Blvd. Just 2 weeks after we got married. We were Passing through Dolton Illinois, when we noticed a BaBa's resturant where we stopped to grab a bite to eat before heading back home to Chicago. But while awaiting on our food gun fire erupted as soon as we stepped foot outside the establishment, striking my wife multiple times ending her life. I would later meet 2 Detectives from Dolton Police Department at a hospital in Harvey Illinois, where my wife was transported. I was there question in a room where I gave account to mistaken identity because we had no enemies, and gave account that we were Just recently married, passing through Dolton and Just wanted a bite to eat, Where I would later learned that we had stopped in a high Crime area of Dolton Illinois.

4                                                            Revised 9/2007

However, I would go on to suffer greatly, I ultimately
would go on to have my wife's body transferred
from the medical examiner's office to the funeral home
where they took care of her.
But from the start of the night these detectives turnt
my wife's possessions over to her family after I clearly
established that I am my wife's husband. My wife's family
will go on to rob me of everything we owned. I was locked
out of our apartment because my wife's family had the
key fob we shared with my wife. Nearly a week I will
suffer in the same clothes sleeping inside my wife's car.
Because building Management wouldn't grant me entry
until I showed my Marriage license, I had to wait over
the weekend before the office will open before I would
receive a copy of my marriage license from City Hall.
I would then have to be escorted by Chicago Police to
enter the apartment after getting into it with the building
management after I notified them of my wife's passing
and how they would still grant my wife's family
access to our apartment but refuse to let me into the
apartment.
I would then contact Chicago Police, whom never showed
after A hour of waiting. I would then reach out to
Ms Venus Brown, whom got a hold of building Management
whom told her that I would still have to have a Police
escort and that I couldn't stay on the premises. And only come
when I had a way to remove the property from the apartment.
Moreover, I would receive a phone call after Ms Brown had
then block the entrance to the apartment.

That my wife's Sister was captured on Camera kicking the back door in. There will go on to take every piece of furniture and belongings we owned. I lost everything and due to the detectives centering They attention to my wife's family on me. I became a target and accused of having Something to do with my wife's death.

My wife's sister openly expressed to me that the detectives told them my wife's death evolves around me. That's totally false neither one of us lived in Dolton, and that night I and my son accompanied my wife as we visited an elderly old friend of my wife's family. We didn't know that we stepped into a high crime area That Mayor Tiffany Henyard, is duty Sworn to protect its Citizens and Property of the City of Dolton.

There was no police present on the tragic night of May 1st 2021, when my wife closed her eyes in my arms after being struck multiple times by high trajectory assault rounds, from an assault weapon. An innocent bystander due to mistaken identity.

Mayor Tiffany Henyard the over seer of Dolton Police failure in patroling the streets of Dolton and its Citizens and all those that pass through. She's held liable for the wrongful death of my wife Angela Sims and failure to protect on May 1st 2021.

Dolton Detectives John Doe and Partner John Doe has marked my life for death. I fear for my life I been labeled by my wife's family and friends as being responsible to my wife's death. My wife family has closed out accounts for instant, BMO Harris Bank, due to the detective giving my wife Possessions to her Sister and Mother. Not only that ...

The actual funeral I couldn't show because of
the risk it presented to my life. My wife's family
and those close to them instructed me to have #2
funerals one for my family and one for theirs. I
hardly could afford the one funeral without help.
I never attended the funeral or the burial because
my life is now forever marked for death. I have
been blessed to escape the now attempts on my
life, I still hear all the threats.
I am tired of hiding and looking over my shoulders
every day.
When my wife's sister kicked in the door and robbed
me of all our possessions. I couldn't go to the police
and this was caught on Camera. Because I knew the
full act behind me contacting C.P.D, would probably
cause my family to suffer behind it.
My wife grew up around violence as well as I did
but she never partake in it. Where as, I do have
a back ground, minus gang related crimes, no, attempt
murders, no Murder, no discharge of a fire arms.
But Dolton Police due to me Contacting a lawyer
made me look guilty to my wife's family and now
its no reversing it.
To this day I haven't fully or even at all had a chance
to mourn my wife passing, I was just released
from prison after serving nearly #7 years in I.D.O.C
where my wife supported me when I had no one
else, she was there. Thats when I ask for her hand
in marriage as soon as I got out and she said (YES).

I'm currently facing a misdeameanor that originally caused a hold to be placed on my Parole. That my very Parole Officer at my Parole hearing said I was doing my best in staying out of trouble working and being on the straight and narrow. As of right now my Parole is now resumed, I'm Just waiting on my housing to be approved and Come Oct 13 2022 this misdeameanor charge, I'm looking forward to it being dismissed.

But my life will never be the same again, Dolton the City thereof and its officals have deprived me of the one human being that I could love and depend on, my wife Angela Sims. That I pray is resting in Paradise along with GOD Amen.

As I stated I will no longer be afraid of her family as I search for closure so that I can mourn and try my best to move on.

I've prayed for strength to finally be able to visit my wife's grave this is so surreal for me and God's Willing that as soon as my Parole site is appeared I will finally take this courage and build with my wife at her final resting place.

Wherefore I pray that this Honorable Court grant me award of Damiges against Mayor Tiffany Henyard and Dolton officals and its Detectives John Doe and Partner John Doe, for Wrongful Death, failure to Protect and defamation of Character, and

for Punitive Damages, exemplary Damages, recovery and reimburstment of accounts and funds and Property lost and any other damages deemed fit and appropriate, Just and fair by the trier of fact in all of thy above mention

Respectfully Submitted

Ardanis Darrell Sims
I.D# K-81548

Stateville N.R.C
P.O.Box 112
Joliet IL 60434

But prior to questioning, I also contacted my wife's, Mother and Sister of the bad news, where I would stay and await their arrival at the hospital, where Detectives John Doe and partner John Doe, met also with the family. After questioning me and my son whom Just turnt 21 in February of that year. I asked to receive my Wife's property and I was told by Detectives John Doe and Partner, that I will have to claim my wife's property at the morgue. These Detectives lied to me they had actually gave my wife's property to her sister and mother, and to my wife's family, Centered they investigation around me. This caused a chain of events to take place, outside of these Detectives giving my wife Wedding ring, Credit cards and accounts and keys she had in her purse over to her sister and mother, and questioning my son as I will learn the next day that they Detective's John Doe and Partner ask my Son about a $20,000 thousand Dollar withdrawl from my wife's account. These detectives never question me about any of this. I then contacted an old family lawyer and explain what these detectives was doing, Ms Venus Brown, informed me to tell these detectives that any future questioning to contact her. I relayed this to detective John Doe, the next day when I received a phone call from him. He then told me that he don't have time to play fucking games with me." I will never hear from them again.

Revised 9/2007

## V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Wherefore I pray that this Honorable Court grant me award of damages against Mayor Tiffany Henyard, and Dolton officials and its Detectives John Doe and Partner John Doe, for Wrongful death, failure to protect and defamation of character and for Punitive damages exemplary damages, recovery and reimbursement of accounts and funds and Property lost and any other damages deemed fit and appropriate, Just and fair by the trier of facts in all the above mention

## VI. The plaintiff demands that the case be tried by a jury.   ☑ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20_____

_____
(Signature of plaintiff or plaintiffs)

Ardanis Darrell Sims
(Print name)

K-81548
(I.D. Number)

Stateville N.R.C
P.O. Box 112 Joilet Illinois 60434
(Address)

US POSTAGE


ZIP 60434 $ 003.12⁰
02 4W
0000371311 SEP 01 2022

IDOC
LEGAL
MAIL

Ardanis Sims #K-81548
P.O. Box 112
Joliet IL 60434

United States District Court
Northern District of Illinois
Prisoner Correspondent
219 S. Dearborn Street 20th Floor
Chicago IL 60604

LEGAL
MAIL

LEGAL
MAIL

LEGAL
MAIL

LEGAL
MAIL

RECEIVED
SEP 07 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT